**Nigel C. SYKES, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

**No. 420, 2015**

Supreme Court of Delaware.

Submitted: August 25, 2015

Decided: August 28, 2015

Reargument Denied October 5, 2015

Court Below—Superior Court of the State of Delaware, in and for New Castle County, Cr. ID No. 1012000026

DISMISSED.

■

**Timothy HARRIS,[1] Respondent Below, Appellant,**

v.

**DEPARTMENT OF SERVICES FOR CHILDREN, YOUTH AND THEIR FAMILIES/DIVISION OF FAMILY SERVICES, Petitioner Below, Appellee,**

**and**

**Court Appointed Special Advocate, Appellee.**

**No. 43, 2015**

Supreme Court of Delaware.

Submitted: July 2, 2015

Decided: September 10, 2015

Court Below—Family Court of the State of Delaware in and for New Castle County, File No. 14–10–01TN, Pet. No. 14–26935

AFFIRMED.

■

**Donna M. SMITH, Defendant Below, Appellant,**

v.

**Fannie MAE a/k/a Federal National Mortgage Association, Plaintiff Below, Appellee.**

**No. 457, 2015**

Supreme Court of Delaware.

Submitted: September 10, 2015

Decided: September 14, 2015

Court Below—Superior Court of the State of Delaware in and for Kent County, C.A. No. K13L–01–002

DISMISSED.

---

1. By Order dated February 4, 2015, the Court assigned a pseudonym to the appellant. Del.   Supr. Ct. R. 7(d).